PARAGON UTILITIES CORPORATION, Respondent, v. APARTMENT INVESTING CORPORATION, Appellant.—

Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.